# M A N D A T E

**THE STATE OF TEXAS**

**TO THE COUNTY COURT AT LAW NO. 10 OF BEXAR COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on March 11, 2015, the cause upon appeal to revise or reverse your judgment between

Andrea Collie, Appellant

V.

IBEX Staffing Solutions, Inc. and Pronto General Agency, Ltd. d/b/a Pronto Insurance, Appellee

No. 04-14-00269-CV and Tr. Ct. No. 376802

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.**

**It is ORDERED that appellees recover their costs of appeal from appellant.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on July 2, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00269-CV

**Andrea Collie**

**v.**

**IBEX Staffing Solutions, Inc. and Pronto General Agency, Ltd. d/b/a Pronto Insurance**

(NO. 376802 IN COUNTY COURT AT LAW NO. 10 OF BEXAR COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| MOTION FEE | $15.00 | E-PAID | JEFF SMALL |
| MOTION FEE | $10.00 | E-PAID | JEFF SMALL |
| SUPPLEMENTAL REPORTER'S RECORD | $153.50 | PAID | BARTON, EAST & CALDWELL |
| MOTION FEE | $10.00 | E-PAID | KIMBERLY KELLER |
| MOTION FEE | $10.00 | E-PAID | KIMBERLY KELLER |
| MOTION FEE | $10.00 | E-PAID | KIMBERLY KELLER |
| MOTION FEE | $10.00 | E-PAID | JEFF SMALL |
| CLERK'S RECORD | $52.00 | NOT PAID | JEFF SMALL |
| REPORTER'S RECORD | $1,550.72 | PAID | LAW OFFICES OF KATZMAN & KATZMAN |
| INDIGENT | $25.00 | E-PAID | LACEY DRAYNA |
| STATEWIDE EFILING FEE | $20.00 | E-PAID | LACEY DRAYNA |
| SUPREME COURT CHAPTER 51 FEE | $50.00 | E-PAID | LACEY DRAYNA |
| FILING | $100.00 | E-PAID | LACEY DRAYNA |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas: $52.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this July 2, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853